AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

United States

v.

Kenneth Fontes

APPEARANCE

CASE NUMBER: 1:07 M 15A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kenneth Fontes

I certify that I am admitted to practice in this court.

2/13/07

Date

George J. West

Signature

George J. West 3052

Print Name Bar Number

One Turks Head Place Ste #312

Address

Providence, RI 02903

City State Zip Code

401-861-9042 401-861-0330

Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.