AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES OF AMERICA
V.
Kenneth Fontes

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M15A

I, Kenneth Fontes, charged in a ☑ complaint ☐ petition pending in this District with Possession of a firearm after having been convicted of a crime of a crime punishable by a term of imprisonment exceeding 1 yr. * in violation of Title 18 + 21, U.S.C., 18 - 922(G)(1) - 21 - 841(a)(1), *

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

* possession with intent to deliver a mixture and substance containing a detectable amount of cocaine base

Ken Fontes
*Defendant*

2/13/07
*Date*

George [illegible]
*Counsel for Defendant*