# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. 1:07-M-15A***

*To:* *WARDEN*
*ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **KENNETH FONTES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **13th** day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did b[illegible]
the within named d[illegible]
on the date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: February 12, 2007.

David A. DiMarzio, Clerk

INITIAL APPEARANCE -
PLEASE BRING IN EARLY FOR
PRETRIAL INTERVIEW

*by* ______________________
*Jeannine Noel - Deputy Clerk*