1285327

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
KENNETH FONTES

## WARRANT FOR ARREST

Case Number: 1:07M15A

FEB 08 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNETH FONTES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

possession of a firearm after having been convicted of a crime punishable by a term of imprisonment exceeding one year; and

possession with intent to deliver a mixture and substance containing a detectable amount of cocaine base,

in violation of Title 18 and 21 United States Code, Section(s) 18 - 922(g)(1) and 21 - 841(a)(1)

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Providence, Rhode Island
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, ret'd to ACI | | |
| DATE RECEIVED 02/08/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02/13/2007 | | |